■ The People of the State of New York, Respondent, v Jason Neiles, Appellant. [7 NYS3d 913]—

Appeal from a judgment of the Supreme Court (Lamont, J.), rendered November 26, 2012 in Albany County, (1) convicting defendant upon his plea of guilty of the crime of attempted assault in the second degree, and (2) which revoked defendant's probation and imposed a sentence of imprisonment.

While on probation supervision, defendant became intoxicated and struck a male parking lot attendant. He subsequently waived indictment and was charged in a superior court information with attempted assault in the second degree. He pleaded guilty to this charge, admitted to violating his probation and waived his right to appeal. In accordance with the plea agreement, he was sentenced as a second felony offender to 2 to 4 years on the attempted assault charge and 1 to 3 years on the probation violation, to run consecutively. Defendant appeals.

Defendant's sole challenge is to the severity of the sentence. He is, however, precluded from raising this claim by his valid waiver of the right to appeal (*see People v Balbuena*, 123 AD3d 1384, 1386 [2014]; *People v Alexander*, 123 AD3d 1340, 1341 [2014]). Therefore, the judgment is affirmed.

Lahtinen, J.P., Garry, Devine and Clark, JJ., concur. Ordered that the judgment is affirmed.